**[Dntcdfnc]** [District Notice Deficient Filing New Case]

UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION
www.flmb.uscourts.gov

In re:                                                                                               Case No. 3:26−bk−00042−JAB
                                                                                                     Chapter 7

Criollo Enterprises, Inc


_____Debtor*_____/


NOTICE OF INCOMPLETE AND/OR DEFICIENT FILING
AND OPPORTUNITY TO CURE DEFICIENCIES

   On January 7, 2026, Debtor filed a Voluntary Petition under Chapter 7 of the Bankruptcy Code. The clerk has noted deficiencies to the petition, schedules, and/or other filed papers of this Debtor. Debtor is provided an opportunity to cure the deficiencies within the time set forth herein. All deadlines run from the original petition file date unless otherwise noted. This case may be dismissed without further notice or hearing if Debtor fails to timely correct the noted deficiency.

   Debtors who are not represented by an attorney must cure deficiencies by filing the required papers with the Clerk of Court. Papers in Jacksonville Division cases must be filed in person, by U.S. Mail, or by other delivery at the following address:

Clerk, U.S. Bankruptcy Court
Bryan Simpson United States Courthouse
300 North Hogan Street
Suite 3−150
Jacksonville, FL 32202
(The Clerk's Office is open from 8:30 a.m. to 4:00 p.m.)

Note: Bankruptcy petitions and other papers delivered to the Clerk's Office by U.S. Mail or other delivery service (such as Federal Express and UPS) are date−stamped and filed on the date the Clerk's Office receives them − not the date they are placed in the mail, postmarked, or given to another delivery service.

   Debtor failed to file a Certification of Authorization to File Case as required by Local Rule 1074−1(b). Debtor must file a Certification of Authorization to File Case no later than 14 days from the date of this notice.

   Debtor shall pay unpaid filing fees in the amount of $338.00 within seven days from the date of service of this notice. Payment shall be made by cashier's check or money order payable to Clerk, U.S. Bankruptcy Court at the address indicated below. The Voluntary Petition was filed without full payment of the required filing fee. In addition, Debtor has not filed an application seeking approval to pay the filing fee in installments, or an application requesting to proceed in forma pauperis. (for Chapter 7 cases only)


                                                      FOR THE COURT
       Dated: January 8, 2026                         Jose A Rodriguez , Clerk of Court
                                                      Bryan Simpson United States Courthouse
                                                      300 North Hogan Street
                                                      Suite 3−150

Jacksonville, FL 32202

The Clerk's office must serve a copy of this notice on interested parties.

*All references to "Debtor" shall include and refer to both debtors in a case filed jointly by two individuals.