**[Dodsmdef]** [District Order Dismissing for Deficiencies]

ORDERED.

**Dated: January 29, 2026**

_____

Jacob A. Brown
Chief United States Bankruptcy Judge

UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION
www.flmb.uscourts.gov

In re:

Criollo Enterprises, Inc

Case No.
3:26−bk−00042−JAB
Chapter 7

_____ Debtor* _____ /

## ORDER DISMISSING CASE

THIS CASE came on for consideration upon the Court's own motion. The Debtor has failed to file or correct deficiencies in the item(s) indicated below by January 26, 2026. The Court advised the Debtor of these requirements in either a Notice of Deficient Filing or by separate notice or order of the Court.

Failure to file a Certification of Authorization to File Case as required by Local Rule 1074−1(b).

Accordingly, it is **_ORDERED_:**

1. The case is dismissed without prejudice.

2. All pending motions are denied and all pending hearings are canceled except for the following, over which the Court retains jurisdiction: (a) motions for relief from stay that (i) are scheduled for hearing within 14 days of the date of this Order, or (ii) request an order binding upon the debtor in subsequently filed cases; and (b) any pending order to show cause.

3. The Trustee is discharged from any further duties.

Clerk's Office is directed to serve a copy of this Order on interested parties.

*All references to "Debtor" shall include and refer to both of the debtors in a case filed jointly by two individuals.